IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00499-D-KS

| | |
|---|---|
| FRANCIS AURIEMMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LELAND DUDEK, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. | ORDER |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED. This 27 day of February, 2025.

JAMES C. DEVER III
United States District Judge