UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS AURIEMMA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK J. BISIGNANO, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-499-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, Esquire, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. In the event that EAJA fees are subject to the offset program, the remainder of the fee will be made out to Plaintiff and sent to his counsel's office.

This Judgment filed and entered on June 11, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

June 11, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk